# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA                                    NO. 2024 KW 0004

VERSUS

CHARLES JOHN HENRY, III                          **APRIL 4, 2024**

---

In Re:    Charles John Henry, III, applying for supervisory
          writs, 18th Judicial District Court, Parish of West
          Baton Rouge, No. 211656.

---

**BEFORE:    WELCH, WOLFE, AND STROMBERG, JJ.**

**WRIT DENIED ON THE SHOWING MADE.** This court cannot review the claims raised in the writ application. Relator failed to include sufficient information regarding the instant criminal conduct, his criminal history, documents that indicate the amount of bail, district court minutes, or any other pertinent documents from the district court record. Supplementation of this writ application and/or an application for rehearing will not be considered. See Uniform Rules of Louisiana Courts of Appeal, Rules 2-18.7 & 4-9. In the event relator elects to file a new application with this court, he may do so without the necessity of obtaining a return date. Any future filing on this issue should include the entire contents of this application, the missing items noted above, and a copy of this ruling.

**JEW**
**EW**
**TPS**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
      FOR THE COURT